THE TOWN OF SAVANNAH, Respondent, v. THE TOWN OF CONQUEST, Appellant.— Judgment affirmed, with costs.  All concur, except Sears, J., who dissents and votes for reversal.  Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NIAGARA FALLS ICE MANUFACTURING AND STORAGE COMPANY, Appellant, v. JOHN CASA-EGUIA, Respondent.— Judgment and order affirmed, with costs. All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Estate of DAVID L. DAVIES, Deceased.— Decree affirmed, with costs to petitioner payable out of the estate. All concur.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER B. TOWER, Respondent, v. NORRIS S. DAILEY, Appellant.— Order reversed, with ten dollars costs and disbursements. and motion granted, with ten dollars costs, unless the plaintiff within twenty days after the service upon his attorneys of a copy of this order, pay to defendant's attorneys the costs of this appeal and ten dollars motion costs and serve an amended complaint, in which case the motion is denied, upon the authority of *Tower* v. *Crosby* [214 App. Div. 392], decided herewith.  All concur, except Davis, J., who dissents in a memorandum.  [See 214 App. Div. 394.]  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HARRY K. BROWN, as Trustee in Bankruptcy of JESSE R. FORD, Bankrupt, Plaintiff, v. ROYAL EXCHANGE ASSURANCE OF LONDON, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for defendant upon the verdict, with costs. ⸍ All concur.  Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Petition for the Probate of the Alleged Last Will and Testament of VOLNEY MONAHAN, Deceased.— Decree affirmed, with costs to respondents who appeared and filed brief upon this appeal, payable out of the estate.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JAMES O. SEBRING, Respondent, v. GEORGE R. GRAVES and Others, Defendants, Impleaded with LEON WILLARD and Another, Appellants.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of GEORGE E. STEVENSON and Others, Appellants, Pursuant to Section 32 of the General Corporation Law, to Set Aside Election of Directors of HOLSTEIN-FRIESIAN ASSOCIATION OF AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Matter of George* v. *Holstein-Friesian Assn.* (238 N. Y. 513).  All concur,  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.